FILED
CLERK, U.S. DISTRICT COURT

MAY 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No.  05-1100 FMC
                                )
                Plaintiff,      )   ORDER OF DETENTION AFTER HEARING
                                )      (Fed.R.Crim.P. 32.1(a)(6)
          v.                    )       18 U.S.C. § 3143(a)
                                )     Allegations of Violations of
Alex Ignacio Lopez,             )     Probation/Supervised Release
                                )             Conditions)
                Defendant.      )
_____)

     On arrest warrant issued by the United States District Court for

the ___Central Dist. of CA.___ involving alleged violations of

conditions of probation/supervised release:

     1.   The court finds that no condition or combination of

          conditions will reasonably assure:

          A.   ( ✓ ) the appearance of defendant as required; and/or

          B.   ( ✓ ) the safety of any person or the community.

///

///

///

///

///

2.   The Court concludes:

A.   ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B.   ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on:

_____

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED:   5/30/08

_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge